No. 1044. WAPNICK v. UNITED STATES; and

No. 1074. LaFAZIA ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Herbert S. Siegal* for petitioner in No. 1044. *Joseph Brill* and *Jacob W. Friedman* for petitioners in No. 1074. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1059. SARELAS v. ALEXANDER ET AL. Appellate Court of Illinois, First District. Certiorari denied. *Peter S. Sarelas,* petitioner, *pro se.*

No. 1061. UNION OBREROS CERVECERIA CORONA v. VEGA. Supreme Court of Puerto Rico. Certiorari denied. *Ginoris Vizcarra* for petitioner. Reported below: —— P. R. ——.

No. 1062. SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES & INLAND WATERS DISTRICT, PUERTO RICO DIVISION, AFL–CIO, v. CASTRO. Supreme Court of Puerto Rico. Certiorari denied. *Ginoris Vizcarra* for petitioner. Reported below: —— P. R. ——.

No. 1065. HALLIBURTON COMPANY ET AL. v. NORTON DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioners.

No. 1066. GORIN ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.